UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LYNELL AVERY DENHAM,<br><br>                    Petitioner,<br>       v.<br><br>GAVRIEL JACOBS, Deputy Prosecutor, King County Prosecuting Attorney's Office,<br><br>                    Respondent. | CASE NO. 2:22-cv-00992-RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of U.S. Magistrate Judge S. Kate Vaughan. Dkt. 7. The Court has considered the Report and Recommendation and the file herein.

The Petitioner filed the Petition in this case on July 18, 2022 seeking relief under 28 U.S.C. § 2241. Dkt. 1. On November 1, 2022, the Report and Recommendation was filed, recommending that the Petition be dismissed without prejudice for lack of jurisdiction. Dkt. 7. The Petitioner did not respond.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

For the reasons provided in the Report and Recommendation, the Report and Recommendation (Dkt. 7) should be adopted.  The Petition (Dkt. 1) should be dismissed without prejudice.

**ORDER**

Therefore, it is hereby **ORDERED** that:

The Report and Recommendation (Dkt. 7) **IS ADOPTED**;

The Petition (Dkt. 1) **IS DISMISSED**.

The Clerk is directed to send uncertified copies of this Order to U.S. Magistrate Judge S. Kate Vaughn, all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 28th day of November, 2022.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge